JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, an individual,<br><br>      Plaintiff,<br><br>   vs.<br><br>MAIN AND 83RD LLC, a California limited liability company; and DOES 1-10,<br><br>      Defendants. | Case No. 2:21-cv-06415-FWS-MAR<br><br>**JUDGMENT**<br><br>Judge:  Honorable Fred W. Slaughter |

     The Motion for Summary Judgment (Dkt. 21) ("Motion"), filed by Defendant Main and 83rd LLC ("Defendant"), was heard by the court on September 29, 2022 (Dkt. 35).  After full consideration of the record, including oral argument, the court issued an order **GRANTING** the Motion for Defendant based on the Complaint (Dkt. 1) ("Complaint") asserted against Defendant in the above-captioned case (Dkt. 37). The court has considered Defendant's Proposed Judgment (Dkts. 39, 39-1).   In accordance with the court's Memorandum of Decision dated October 19, 2022 (Dkt. 37):

///

///

1.    Final Judgment is entered in favor of Defendant against Plaintiff George Jones ("Plaintiff") on any and all claims asserted by Plaintiff against Defendant in the Complaint.

2.    Plaintiff takes nothing by way of his Complaint.

**IT IS SO ORDERED**.

DATED:  November 9, 2022

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE